■ EASTERN QUEENS CLEANING CORPORATION, Appellant, v LONG ISLAND LIGHTING COMPANY, Respondent. — Order of the Supreme Court, Nassau County (Balletta, J.), entered November 15, 1982, affirmed, without costs or disbursements (*Guglielmo v Long Is. Light. Co.,* 83 AD2d 481). Mollen, P. J., Titone, Bracken and Brown, JJ., concur.